## Thomas D. Randal and George S. Bridges, Partners as T. D. Randall & Co., v. Eugene Gehm.

1. QUESTIONS OF FACT—*Finding by the Court Conclusive.*—Where the evidence is conflicting, the finding of the court upon questions of fact is conclusive.

**Assumpsit**, for goods sold, etc. Appeal from the Superior Court of Cook County; the Hon. JONAS HUTCHINSON, Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed December 12, 1895.

SIMEON STRAUS, attorney for appellants.

E. L. RINEHART, attorney for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The controversy in this case is whether the appellee paid the collector of the appellants for a car load of potatoes. Either the appellee or the collector perjured himself, and it is impossible that we should know which did. The court without a jury found for the appellee, whose version was in keeping with the fact that he had the collector's receipt, and such finding is conclusive.

The judgment is affirmed.